**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TQP DEVELOPMENT, LLC,<br><br>　　PLAINTIFF,<br><br>　v.<br><br>BIG FISH GAMES, INC.,<br><br>　　DEFENDANT. | CIVIL ACTION NO. 2:12-cv-00194<br><br>JURY TRIAL DEMANDED |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff TQP Development, LLC, and defendant Big Fish Games, Inc. pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated June 29, 2012, with each party to bear its own costs, expenses and attorneys' fees.

DATED July 27, 2012.

Respectfully submitted,

By: /s/  Hao Ni
Hao Ni
Texas Bar No. 24047205
Ni Law Firm, PLLC
3102 Maple Ave. Suite 400
Dallas, TX 75201
Telephone: 214/800-2208
Fax: 214/800-2209
E-mail: hni@nilawfirm.com

**ATTORNEY FOR PLAINTIFF
TQP DEVELOPMENT, LLC**

By: */s/ Brooke Ashley-May Taylor
(with permission)*
Brooke Ashley-May Taylor
Susman Godfrey, LLP - Seattle
1201 Third Avenue
Suite 3800

Seattle, WA 98101
206/516-3880
Fax: 206/516-3883
Email: btaylor@susmangodfrey.com

**ATTORNEY FOR DEFENDANT
BIG FISH GAMES, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this 27th day of July, 2012.

\s\     *Hao Ni*_____
Hao Ni