# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC,<br><br>    PLAINTIFF,<br><br>  v.<br><br>BIG FISH GAMES, INC.,<br><br>    DEFENDANT. | CIVIL ACTION NO. 2:12-cv-00194<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff TQP Development, LLC, and defendant Big Fish Games, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff TQP Development, LLC, and defendant Big Fish Games, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated June 29, 2012.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 30th day of July, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE